# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| IN THE MATTER OF THE C. PORTER SCHUTT AND PHYLLIS DUPONT SCHUTT TRUST dated September 16, 1971 for the Benefit of the Issue of Sarah Schutt Harrison, Specifically: The Schutt Trust for the Benefit of Aimee Harrison Hutson, <br><br>PHYLLIS H. BALLATINE, SCOTT PRESTON HARRISON, and RENEE DUPONT HARRISON; <br>    Plaintiffs, <br>v. <br>BancorpSouth Bank, BancorpSouth Bank, Inc., BancorpSouth, BancorpSouth, Inc. and Fictitious Parties A, B and C being those entities doing business as BancorpSouth or BancorpSouth Bank and which at any time acted as a trustee of The Schutt Trust for the Benefit of Aimee Harrison Hutson; G.D. VARN, III; JAMES V. SEASE, JR.; JAMES L. PARRIS, Esq.; SAMUEL SHANNON PARRIS; and Fictitious Parties D, E and F, being those persons or entities aiding, abetting and/or conspiring with James L. Parris, Esq., Samuel S. Parris, and others to exploit, abuse, neglect and defraud Aimee Harrison and to misapply and to misappropriate the assets of The Schutt Trust for the Benefit of Aimee Harrison Hutson, who are otherwise unknown, <br>    Defendants. | CASE NO. |

## NOTICE OF REMOVAL

1545684.1

Defendants BancorpSouth Bank ("BancorpSouth"),[1] G.D. Varn, III, James V. Sease, Jr., James L. Parris, and Samuel Shannon Parris (collectively and together with BancorpSouth, "Defendants") hereby remove this case to the United States District Court for the Northern District of Alabama, pursuant to 28 U.S.C. § 1441 & 1446. In support of this Notice of Removal, Defendants state as follows:

**Jurisdiction and Venue**

1. This Court has jurisdiction over Plaintiffs' state court complaint against Defendants under 28 U.S.C. § 1332.

2. This case is subject to removal pursuant to 28 U.S.C. § 1441(a).

3. Venue is proper in this court in accordance with 28 U.S.C. § 1391.

**Procedural Background**

4. BancorpSouth was the corporate trustee of The C. Porter Schutt and Phyllis Dupont Schutt Trust Dated September 16, 1971 for the Benefit of the Issue of Sarah Harrison, Specifically: The Schutt Trust for the Benefit of Aimee Harrison Hutson. After its removal as corporate trustee, BancorpSouth petitioned the Probate Court of Jefferson County, Alabama for a final settlement and confirmation of its removal. BancorpSouth commenced no action under the Alabama Rules of Civil Procedure.

5. Plaintiffs Phyllis H. Ballantine, Scott Preston Harrison, and Renee

---

[1] BancorpSouth, BancorpSouth Bank, BancorpSouth Bank, Inc., to the extent they are separate entities, are all represented by undersigned counsel for BancorpSouth.

Dupont Harrison, on July 25, 2017, commenced a civil action against Defendants in the Probate Court of Jefferson County Case No. 196712.[2]

6.      In the civil action, Plaintiffs assert claims against Defendants under the common law theory of breach of fiduciary duty, among others.

7.      Defendants were served with a copy of Plaintiffs' complaint on July 25, 2017.[3] This notice of removal is timely filed in the United States District Court for the Northern District of Alabama, pursuant to 28 U.S.C. § 1446.

### Basis for Federal Jurisdiction

8.      This Court has diversity jurisdiction over the claims asserted against BancorpSouth under 28 U.S.C. § 1332(a), because complete diversity exists among the Plaintiffs (residents of Illinois, Maryland, and Virginia) and the Defendants (residents of Mississippi and South Carolina[4]) and the amount in controversy exceeds $75,000. *See* Ex. 1, p. 109, 122, 125–129.

---

[2] Pursuant to § 1446(a), "a copy of all process, pleadings, and orders served upon [BancorpSouth] in [the state court action]" are attached hereto as **Exhibit 1**.

Plaintiffs styled their lawsuit as "Verified Counterclaims and Cross-claims." However, no original claim to counter nor co-party to cross-claim exist. Plaintiffs' filing is the original complaint in this action and the first pleading. Plaintiffs were not named in BancorpSouth's petition, primarily because BancorpSouth did not commence an action against Plaintiffs. Plaintiffs did not move to intervene in BancorpSouth's administrative proceeding nor have they argued that they are necessary parties. Rather, they have used an administrative proceeding for which they were not a party as a vehicle to commence a lawsuit.

[3] *See Ex.* 1, at 92.

[4] Additionally, no removing defendant is a citizen of the state of Alabama. *See* 28 U.S.C. § 1441(a)(b)(2).

## Basis for Removal Jurisdiction

9.      This case is removable under § 1441(a) because this Court has jurisdiction over the Plaintiffs' complaint under 28 U.S.C. § 1332.

10.     Section 1446(a) requires that Defendants' notice of removal must be filed "in the district court of the United States for the district and division within which [the state court] action is pending."  28 U.S.C. § 1446(a).  Because Plaintiffs' state court complaint was filed in the Probate Court of Jefferson County, Alabama, Defendants filed their Notice of Removal in this, the United States District Court for the Northern District of Alabama.

11.     Under § 1446(b)(1), this notice of removal must be filed "within 30 days after [Defendants'] receipt . . ., through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based."  28 U.S.C. § 1446(b)(1).  Accordingly, Defendants timely filed this notice of removal within 30 days of July 25, 2017.

12.     "[P]romptly after the filing of [this] notice of removal, . . . [Defendants [will] give written notice thereof to all adverse parties and [will] file a copy of the notice with the clerk of" the Jefferson County Probate Court, the filing of which "shall effect the removal."  28 U.S.C. § 1446(d).

13. This notice complies with the consent requirements of § 1446(b) because all "defendants who have been properly joined and served" consent to removal.

Respectfully submitted this the 24th day of August, 2017.


| | |
|---|---|
| /s/ Jonathan P. Hoffmann | /s/ Mark Hoffman |
| Amy D. Adams | Mark. E. Hoffman |
| Jonathan P. Hoffmann | Mark E. Hoffman, P.C. |
| BALCH & BINGHAM LLP | 2011 4th Avenue North |
| Post Office Box 306 | Birmingham, Alabama 35203 |
| Birmingham, Alabama 35201 | Tel:   (205) 639-5300 |
| Tel (205) 226-8757 | Fax:   (205) 639-5350 |
| Email: jretherford@balch.com | mhoffmanaty@yahoo.com |
| *Attorneys for BancorpSouth Bank* | *Attorney for G.D. Varn, III, James V. Sease, Jr., James L. Parris, and Samuel S. Parris* |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following via U.S. Mail, properly addressed and postage prepaid, on this the 24th day of August, 2017:

C. Fred Daniels
Steven A. Benefield
CABANISS, JOHNSON, GARDNER, DUMAS & O'NEAL, LLP
Park Place Tower, Suite 700
2001 Park Place North
Birmingham, AL 35203

                                            */s/ Jonathan P. Hoffmann*
                                            Of Counsel

**Exhibit "1"**